IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

JOHN McDERMOND,

          Plaintiff,

     v.

AIR PRODUCTS AND CHEMICALS,
INC., d/b/a AIR PRODUCTS
HEALTHCARE, et al.,

          Defendants.

Civil No. 07-3258-RMB-AMD

## SCHEDULING ORDER

This Matter having come before the Court by way of letter request dated July 7, 2008 from Kelly Basinger Charnley, Esquire, counsel for defendants, for an Order rescheduling the August 1, 2008 telephone conference; and it appearing that the mediation of this matter is currently scheduled for October 14, 2008; and for good cause shown:

IT IS this **15th** day of **July 2008**, hereby **ORDERED**:

1. The telephone status conference on August 1, 2008 is **RESCHEDULED** to **October 27, 2008 at 10:00 A.M.**.  Counsel for plaintiff shall initiate the telephone call.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:  Hon. Renée Marie Bumb